**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| counsel: Jana Harris | Reporter: C. Newburg |
| counsel: | Clerk: M. Johnson |
| | Interpreter: |
| vs | USPO: E. Morin |
| **CHARLES AVERY CHEATHAM** | |
| counsel: Chris Tarver | |
| counsel: | Date: November 21, 2007 |
| | CASE NO: 4:06CR00037-01-WRW |

**COURT PROCEEDING: Supervised Release Revocation Hearing**

**Begin: 10:48 a.m.**                                                                                          **End: 11:15 a.m.**

**Court calls case and reviews to present; deft admits and denies alleged violations; Court finds admitted violations occurred; deft counsel and deft make statements to Court; motion to revoke Granted; TIME SERVED; 2 years SR; amended J&C to be entered.**

**Court in recess.**

CourthearingMinutes.Revo.wpd