IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs                     4:06CR00037-01-WRW

CHARLES AVERY CHEATHAM

## AMENDED AND SUBSTITUTED JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate certain conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of TIME SERVED. A term of supervised release of 2 YEARS is imposed. The defendant shall participate under the guidance and supervision of the U.S. Probation Office in a substance abuse treatment program which may include testing, outpatient counseling, or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment. The $100 special assessment imposed at his original sentencing shall be re-imposed.

IT IS SO ORDERED this 21st day of November, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

supvrl.2.wpd